UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TYLER AARON JOHNSON, )<br>)<br>Defendant. )<br>_____ ) | Case No.  CR03-0203-RSL-JPD<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on May 1, 2006. The United States was represented by Assistant United States Attorney Andrew Friedman, and the defendant by Mr. Michael Filipovic. The proceedings were recorded on cassette tape.

The defendant had been sentenced by the Honorable Robert S. Lasnik on or about October 3, 2003, to fifteen (15) months in custody to be followed by three (3) years of supervised release on a charge of Possession of an Unregistered Firearm.

In addition to the standard conditions of supervised release, which include compliance with all local, state, and federal laws, special conditions of supervised release were imposed. These special conditions included, but were not limited to, substance-abuse and mental-health treatment programs, consent to search and seizure, abstaining from the use of alcohol, no possession of firearms or destructive devices, and financial disclosure.

In the Petition for Warrant or Summons for Offender dated March 2, 2006, Mr. Jerrod Akins, U.S. Probation Officer, alleges the following violations of defendant's conditions of supervised release:

(1) Committing the crime of urinating in public, in violation of the general condition that he not commit another federal, state, or local crime.

(2) Associating with a person engaged in criminal activity, in violation of standard condition No. 9.

The defendant admitted to violation No. 1, and waived his rights to any evidentiary hearing as to whether they occurred.

At the revocation hearing, the government dismissed alleged violation No. 2.

I therefore recommend that the Court find the defendant violated his conditions of supervised release as to violation No. 1, and that the Court conduct a hearing limited to disposition of this violation.

A disposition hearing on violation No. 1 has been set before the Honorable Robert S. Lasnik on Monday, October 30, 2006, at 9:00 a.m. Pending a final determination by the Court, the defendant has been released, subject to continued supervision.

DATED this 2nd day of May, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge:         The Hon. Robert S. Lasnik
    AUSA:                   Mr. Andrew Friedman
    Defendant's attorney:   Mr. Michael Filipovic
    Probation officer:      Mr. Jerrod Akins

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 2